# VLADECK, RASKIN & CLARK, P.C.

Susan J. Walsh
212.403.7348
swalsh@vladeck.com

December 2, 2019

**BY ECF**

Hon. Victor Marrero
United States District Court Judge
United States District Court for the SDNY
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/19
```

Re: *United States v. Victor Andrades* 12 Cr 00031 (VM)

Dear Judge Marrero:

I represent Mr. Andrades pursuant to the Criminal Justice Act and make this application to adjourn the Court's conference currently scheduled for Friday, December 6, 2019 at 1:00 p.m. without objection from the Government or probation. This is the third request for an adjournment. I request an adjournment of sixty days on the recommendation of probation at the convenience of the Court.

The reason for my request is Mr. Andrades is showing good progress and we are hopeful he will continue to show good progress and be able to resolve this open matter at the next hearing if it is scheduled for next year. I am informed today by his supervising Probation Officer that he has been reporting regularly; is responsive and complaint with his supervised release, and has had no positive toxicology tests since his return from inpatient treatment. Mr. Andrades completed the inpatient program at the end of October and is currently enrolled in an outpatient program. He attends weekly and appears to be doing well. He is seeking employment and scheduled to attend a session with an employment specialist on December 17, 2019.

For these reasons, I respectfully request that the matter be adjourned to a date convenient to the Court in sixty days. Thank you for your time and consideration.

Respectfully submitted,

Susan J. Walsh

cc: Daveena Tumasar, P.O. (by email)
Jacob Gutwillig, AUSA (by email)

Request GRANTED. The supervised release conference herein is rescheduled to 1-31-20 at 4:00 P.M.

SO ORDERED.

12-3-19
DATE         VICTOR MARRERO, U.S.D.J.

1059928 v1

565 Fifth Avenue, 9th Floor, New York, New York 10017 • (p) 212-403-7300 • (f) 212-221-3172