# VLADECK, RASKIN & CLARK, P.C.

SUSAN J. WALSH
212.403.7348
swalsh@vladeck.com

January 29, 2020

**BY ECF**

Hon. Victor Marrero
United States District Court Judge
United States District Court for the SDNY
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/20

Re:   *United States v. Victor Andrades*   12 Cr 00031 (VM)

Dear Judge Marrero:

I represent Mr. Andrades pursuant to the Criminal Justice Act and make this application to adjourn the Court's conference currently scheduled for Friday, January 31, 2020 at 4:00 p.m. without objection from the Government or probation. This is the fourth request for an adjournment. I request an adjournment of sixty days on the recommendation of probation at the convenience of the Court.

The reason for my request is Mr. Andrades needs additional time to demonstrate to this Court his commitment to good progress and clean living while under supervision. I am informed today by his supervising Probation Officer that he has reiterated his commitment to being responsive and compliant with the terms of his supervised release. He is reenrolled in random drug testing and was recently provided a referral to a nonprofit as an opportunity to be a peer counselor as he has had difficulty securing employment.

I respectfully request that the matter be adjourned to a date convenient to the Court in sixty days, without objection from the Government or Probation. Thank you for your time and consideration.

Respectfully submitted,

Susan J. Walsh

cc:   Daveena Tumasar, P.O. (by email)
      Jacob Gutwillig, AUSA (by email)

Request GRANTED. The Supervised Release conference herein is rescheduled to 4-3-20 at 3:15 p.m.

SO ORDERED.

1-31-20
DATE    VICTOR MARRERO, U.S.D.J.

1059928 v1