```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :    12 CR 31(VM)
         -against-                 :       ORDER
                                   :
VICTOR ANDRADES,                   :
                                   :
                  Defendant.       :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the hearing regarding the violation of supervised release of the above-named defendant, currently scheduled to be held on Friday, April 3, 2020, shall be rescheduled to Friday, June 5, 2020 at 4:15 p.m.

**SO ORDERED:**

Dated:   New York, New York
         26 March 2020

                                            _____
                                                  Victor Marrero
                                                    U.S.D.J.