```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :     12 CR 31(VM)
        -against-                  :        ORDER
                                   :
VICTOR ANDRADES,                   :
                                   :
                Defendant.         :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

By letter dated May 22, 2020, the parties jointly request that the hearing regarding the violation of supervised release of the above-named defendant be adjourned for approximately sixty days. (See Dkt. No. 1756.) Accordingly, it is hereby ordered that the hearing regarding the violation of supervised release of the above-named defendant, currently scheduled to be held on Friday, June 5, 2020, shall be rescheduled to Friday, August 7, 2020 at 10:45 a.m.

**SO ORDERED:**

Dated:    New York, New York
          26 May 2020

_____
Victor Marrero
U.S.D.J.