```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :         12 CR 31(VM)
         -against-                  :           ORDER
                                    :
VICTOR ANDRADES,                    :
                                    :
                   Defendant.       :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

By letter dated July 10, 2020, the parties jointly request that the hearing regarding the violation of supervised release of the above-named defendant be adjourned for approximately three weeks. (See Dkt. No. 1760.) Accordingly, it is hereby ordered that the hearing regarding the violation of supervised release of the above-named defendant, currently scheduled to be held on Friday, August 7, 2020, shall be rescheduled to Friday, August 28, 2020 at 10:30 a.m.

**SO ORDERED:**

Dated:   New York, New York
         13 July 2020

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.