```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :    12 CR 31(VM)
        -against-                 :      ORDER
                                  :
VICTOR ANDRADES,                  :
                                  :
                  Defendant.      :
----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2020

**VICTOR MARRERO, U.S.D.J.:**

In light of the ongoing public health emergency, the sentencing before the Honorable Victor Marrero on Friday, August 28, 2020 at 10:30 a.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         27 August 2020

_____
Victor Marrero
U.S.D.J.